Talar **SHAHAB**, **Plaintiff/Appellant**,

v.

**RYAN'S FAMILY STEAK HOUSES, INC., Defendant/Respondent,**

**Kenneth Dilling, Defendant,**

**and**

**Sherri (Last Name Unknown), Defendant.**

**No. ED 86375.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 28, 2006.

---

Jerome J. Dobson, Weinhaus, Dobson, Goldberg & Moreland, St. Louis, MO, for appellant.

E. Grantland Burns, Nexsen Pruet Adams Kleemeier, LLC, Greenville, S.C., pro hac vice.

Marvin L. Lindmark, L. Allison McKeel, Bobroff, Hesse, Lindmark & Martone, P.C., St. Louis, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and BOOKER T. SHAW, J.

## ORDER

PER CURIAM.

Plaintiff appeals from a judgment dismissing her action because she failed to comply with the trial court's order to pay sanctions. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). No jurisdictional purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. The judgment is affirmed in accordance with Rule 84.16(b).